UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 15 B 22366 |
|---|---|
| Alvin Ramsey | |
| Verlethia Ramsey | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2015.

2) The plan was confirmed on 10/05/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 02/03/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,022.50 |
| Less amount refunded to debtor | $3,572.53 |

**NET RECEIPTS:** $10,449.97

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $407.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,407.90

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Interstate | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Americollect INC | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Associated St. James Radiolog. | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Service LLC | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Beacon Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,830.00 | 2,257.00 | 2,257.00 | 187.48 | 0.00 |
| City of Chicago Heights | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 645.00 | 406.29 | 406.29 | 33.75 | 0.00 |
| Credit Acceptance Corp | Unsecured | 4,805.00 | 4,804.83 | 4,804.83 | 399.11 | 0.00 |
| Creditors Discount & Audit Co. | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | 7,250.00 | 14,898.88 | 14,898.88 | 1,237.54 | 0.00 |
| Homeowners Security Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Homeowners Security Corporation | Unsecured | NA | 1,250.00 | 1,250.00 | 103.83 | 0.00 |
| Homeowners Security Corporation | Secured | 5,982.00 | 1,729.77 | 1,729.77 | 1,729.77 | 354.42 |
| I C System INC | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 376.00 | 376.51 | 376.51 | 31.27 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 129.00 | 50.51 | 50.51 | 50.51 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 54.20 | 54.20 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 642.36 | 642.36 | 53.35 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 1,285.10 | 1,285.10 | 1,285.10 | 0.00 |
| Ivan's Auto Sales | Secured | 2,187.00 | 0.00 | 2,187.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 500.00 | 350.00 | 350.00 | 29.07 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 270.00 | 270.00 | 270.00 | 22.43 | 0.00 |
| Medical Business Bureau | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mid America Cardiovascular | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 850.00 | 602.45 | 602.45 | 50.04 | 0.00 |
| Payday Loan Store of IL, Inc. | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Secured | 59,130.00 | 38,952.33 | 38,952.33 | 0.00 | 0.00 |
| PNC Bank NA | Secured | 27,276.25 | 27,276.25 | 27,276.25 | 474.40 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Village of Olympia Fields | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $38,952.33 | $0.00 | $0.00 |
| Mortgage Arrearage | $27,276.25 | $474.40 | $0.00 |
| Debt Secured by Vehicle | $2,187.00 | $0.00 | $0.00 |
| All Other Secured | $1,729.77 | $1,729.77 | $354.42 |
| **TOTAL SECURED:** | **$70,145.35** | **$2,204.17** | **$354.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,335.61 | $1,335.61 | $0.00 |
| **TOTAL PRIORITY:** | **$1,335.61** | **$1,335.61** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,912.52** | **$2,147.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,407.90 |
| Disbursements to Creditors | $6,042.07 |
| **TOTAL DISBURSEMENTS :** | **$10,449.97** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/05/2017          By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**